**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1767**

CARMEN M. MANZANEDA,

    Plaintiff - Appellant,

        v.

SETERUS, INC.; SAMUEL I. WHITE, P.C.,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:16-cv-01216-LMB-JFA)

Submitted:  October 27, 2017                    Decided:  November 3, 2017

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carmen M. Manzaneda, Appellant Pro Se. Aubrey Michele Cross, Lisa Hudson Kim, SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmen M. Manzaneda appeals the district court's order dismissing this action alleging breach of contract and violations of the Fair Debt Collection Practices Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Manzaneda v. Seterus, Inc.*, No. 1:16-cv-01216-LMB-JFA (E.D. Va. May 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*